There is no bill of exceptions; the appeal being upon the record proper. The record has been carefully examined; it is free from error, and the judgment of the lower court is affirmed.

---

(98 South. 926)

Wheeler TUCKER v. STATE. (6 Div. 284.) (Court of Appeals of Alabama. Dec. 4, 1923.) Appeal from Circuit Court, Fayette County; E. L. Lacy, Judge.

FOSTER, J. Appeal dismissed.

---

(98 South. 926)

McKinley TUCKER v. STATE. (6 Div. 285.) (Court of Appeals of Alabama. Dec. 4, 1923.) Appeal from Circuit Court, Fayette County; E. L. Lacy, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(96 South. 942)

TURNER v. STATE. (8 Div. 65.) (Court of Appeals of Alabama. June 12, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

SAMFORD, J. Affirmed, on authority of State v. John Brown, 206 Ala. 528, 91 South. 306.

---

(98 South. 926)

Ches TURNER v. STATE. (6 Div. 390.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Tuscaloosa County; Fleetwood Rice, Judge.

SAMFORD, J. Affirmed.

---

(98 South. 926)

Oscar TURNER v. STATE. (6 Div. 192.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(99 South. 927)

UNION SPRINGS GUANO CO. v. MULLINS & DOBBS. (5 Div. 510.) (Court of Appeals of Alabama. April 22, 1924.) Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Holley & Milner, of Wetumpka, for appellant. P. B. McKenzie, of Tallassee, for appellees.

SAMFORD, J. Appeal dismissed.

---

(99 South. 927)

Jesse UPTON v. STATE. (8 Div. 113.) (Court of Appeals of Alabama. Feb. 12, 1924.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge.

FOSTER, J. This cause was submitted on the record without bill of exceptions. The record discloses no error. The judgment of the circuit court is affirmed. Affirmed.

---

(98 South. 926)

Tom VANCE v. STATE. (6 Div. 251.) (Court of Appeals of Alabama. Dec. 18, 1923.)

Appeal from Circuit Court, Jefferson County; Chas. P. Almon, Judge.

FOSTER, J. Affirmed.

---

(94 South. 927)

VANDERFORD v. STATE. (6 Div. 73.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; William E. Fort, Judge. Gibson & Davis, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for appellee.

SAMFORD, J. Affirmed.

---

(96 South. 942)

VANETTA, v. STATE. (8 Div. 59.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

FOSTER, J. Affirmed.

---

(95 South. 927)

VAUGHN v. STATE. (7 Div. 835.) (Court of Appeals of Alabama. Jan. 16, 1923.) Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.

BRICKEN, P. J. Appeal dismissed.

---

(98 South. 926)

Charley WADE v. STATE. (6 Div. 465.) (Court of Appeals of Alabama. Feb. 5, 1924.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. Prosecution for mayhem.

SAMFORD, J. Appeal dismissed.

---

(98 South. 926)

WALKER BUICK CO. v. G. C. FIKES. (6 Div. 303.) (Court of Appeals of Alabama. Dec. 18, 1923.) Appeal from Circuit Court, Walker County; E. L. Lacy, Judge.

SAMFORD, J. Affirmed.

---

(95 South. 927)

WALLACE v. STATE. (8 Div. 18.) (Court of Appeals of Alabama, April 10, 1923.) Appeal from Circuit Court, Limestone County; Robert C. Brickell, Judge. R. E. Smith, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

---

(96 South. 943)

WALLACE v. STATE. (4 Div. 896.) (Court of Appeals of Alabama. June 12, 1923.) Appeal from Circuit Court, Dale County; J. S. Williams, Judge. Lee Wallace pleaded guilty, and was sentenced for the offense of possessing a still, and of distilling alcoholic or spirituous liquors, and he appeals. Affirmed.

BRICKEN, P. J. The defendant, upon arraignment, interposed a plea of guilty as charged in the indictment, but, when sentence was pronounced, gave notice of appeal to this